IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA

IN RE: )  Chapter 13
    ROY LEE SMITH )  Case No.  12-60474-EJC
    LINDA SMITH )
    7811 ENCINITA DRIVE )
    HOUSTON, TX 77083-4909 )
               Debtor(s) )

**REPORT OF NEW DEBTOR ADDRESS**

**Debtor Name:**   SMITH, ROY LEE

**Joint Debtor Name:**   SMITH, LINDA

**Previous Address:**   65 SOUTH BELL ROAD
SWAINSBORO, GA 30401

**New Address:**   7811 ENCINITA DRIVE
HOUSTON, TX 77083-4909

This <u>10th</u> day of <u>FEBRUARY</u>, 2016.

By: <u>s/ O. Byron Meredith III</u>
Chapter 13 Trustee
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052
Georgia Bar No. 086660